IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICK MOORE | ) | CASE NO. 5:09CV1542 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| STATE OF OHIO, *et al.* | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is ordered that this action is dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(e)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: October 14, 2009         */s/Dan Aaron Polster*
                               JUDGE DAN AARON POLSTER
                               UNITED STATES DISTRICT JUDGE